UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 18-cv-10331-NMG

BRENDA R. HATTON

Plaintiff

v.

GENERAL ELECTRIC COMPANY

Defendant

ORDER OF REMAND

Gorton, D.J.

In accordance with the Court's Memorandum and Order dated April 4, 2018, the above-entitled action is hereby REMANDED to State Court.

By the Court,

/s/ Yvonne Franklin
Deputy Clerk

April 5, 2018